MICHAEL R. KEEGAN, Plaintiff in Error,

*vs.*

JOHN SINGLETON, Defendant in Error.

ERROR TO COLUMBIA COUNTY COURT.

A justice of the peace has jurisdiction where the damages claimed do not exceed $100, though the sums stated in the body of the declaration exceed that sum.

ACTION of assumpsit commenced before a justice of the peace, by the plaintiff in error against the defendant in error. The plaintiff filed a written declaration containing two special counts, the first concluding with an *ad damnum* to the amount of one hundred dollars, and the second, also, with an *ad damnum* to the amount of seventy-five dollars. Afterwards followed the common count for work and labor, averring an indebtedness of one hundred dollars, with the general conclusion that the defendant had not paid the said several ·sums of money, &c., nor any part thereof, &c. Also, a bill of particulars of the plaintiff's demand, with a notice that the items thereof constituted the plaintiff's demand, which he would prove on the trial, amounting in the aggregate to one hundred and twenty-five dollars, but claiming an amount due in all one hundred dollars.

The defendant then filed a motion to dismiss the suit for the reason that the sum claimed in the plaintiff's declaration exceeded one hundred dollars, no credits being ·given by the plaintiff to reduce his demand to less than one hundred dollars; or, that the plaintiff be compelled to select items stated in his account, so as to reduce the amount thereof below one hundred dollars. The justice overruled the motion, and the defendant refused to plead. The plaintiff then proved his account to the amount of $105, and remitted $39.51 and had judgment for the balance, with costs of suit.

From this judgment the defendant appealed to the County Court.

At the November term of said County Court, on motion of the defendant, the suit was dismissed for the reason that the justice had no jurisdiction to hear and determine the same : to reverse which judgment this writ of error was sued out.

*Hand & Mansfield,* for the plaintiff in error.

*Dixon & Prentiss,* for the defendant in error.


*By the Court,* WHITON, C. J. There can be no doubt that the County Court erred in dismissing this case for the alleged reason that the justice of the peace before whom the suit was brought, was without jurisdiction. Although the sums which were claimed to be due in the body of the declaration, exceeded in the aggregate the sum to which the jurisdiction of a justice of the peace extends, yet the declaration, in fact, claimed only $100, as that was the sum claimed at its conclusion. This is stated by the plaintiff as the amount of his damages, and he could have recovered no more under his declaration, even if the jurisdiction of the justice had exceeded that sum. *Tidd's Pr.* 871 ; 1*st Chitty Plead.* 372. By our statute (*Rev. Stat. chap.* 88, § 5), a justice of the peace has jurisdiction of actions of this nature, where the " damages claimed shall not exceed one hundred dollars."

As this was the sum " claimed " in the declaration, it follows that the justice had jurisdiction, and that the court erred in dismissing the case.

The judgment of the court below must therefore be reversed.